UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60450-CIV-DIMITROULEAS

LYNARIANE LUCAS,
Individually and on behalf of all others
similarly
situated,

      Plaintiffs,

vs.

Coastal Advantage Marketing LLC,

      Defendant.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

THIS CAUSE is before the Court on Defendant's Notice of Appeal [DE 31] and

Defendant's Notice of Stay Proceedings Pending Appeal [DE 32], filed herein on January 12,

2026. The Court is otherwise fully advised in the premises.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1.  This action is **STAYED** pending a ruling from the Eleventh Circuit Court of Appeals.

2.  The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and **DENY AS**

    **MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 12th day of January, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Magistrate Judge Hunt